OPINION — AG — QUESTION(1) — "MAY THE STATE BOARD OF COSMETOLOGY ISSUE SPECIAL OR LIMITED LICENSES TO PERMIT PERSONS TO ENGAGE IN ONLY OF THE PRACTICES MENTIONED IN THE DEFINITION OF COSMETOLOGY?" — NEGATIVE, QUESTION(2) — "DOES THE REMOVING * * * HAIR OF ANY PERSON BY ANY MEANS, AND WITH HANDS OR MECHANICAL OR ELECTRICAL APPARATUS INCLUDE REMOVAL BY ELECTROLYSIS?" — NEGATIVE CITE: 59 O.S. 1961 199.1 [59-199.1](A), 59 O.S. 1961 801 [59-801], 59 O.S. 1961 805 [59-805] (GENE HOYT)